**Order entered July 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00137-CR

**FRANCISCO TAHAY-MARROQUIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F19-00006-J**

## ORDER

Before the Court is court reporter Kimberly Xavier's July 1, 2019 request for extension of time to file the reporter's record. We **GRANT** the motion and **ORDER** the reporter's record due on or before July 17, 2019.

/s/     BILL PEDERSEN, III
        JUSTICE